United States Court of Appeals
Fifth Circuit

**F I L E D**

July 16, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30937
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK CONNELLY,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-307-8-C

Before JOLLY, JONES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Patrick Connelly appeals his sentence following his guilty plea convictions of conspiracy to distribute methamphetamine and unlawful use of a communication facility. Connelly argues that the district court erred in finding by a preponderance of the evidence that he was responsible for over 20 grams of methamphetamine, as the testimony upon which this finding was based was not sufficiently reliable. The testimony upon which the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court relied for sentencing did possess "sufficient indicia of reliability to support its probable accuracy."  See United States v. Medina, 161 F.3d 867, 876 (5th Cir. 1998).

**AFFIRMED.**